No. 234. COLYEAR ET AL. v. HALES. October 11, 1937. Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, denied. *Mr. Benjamin W. Shipman* for petitioners. *Messrs. Clyde Doyle* and *Irving P. Austin* for. respondent.

No. 238. SHELL EASTERN PETROLEUM PRODUCTS, INC. v. MAXWELL, COMMISSIONER OF REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John D. Watkins* and *Jones Fuller* for petitioner. *Messrs. A. A. F. Seawell* and *Harry McMullan* for respondent.

No. 241. KNOWLES v. AMERICAN SOUTH AFRICAN LINES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Simone N. Gazan* for petitioner. *Mr. Vernon Sims Jones* for respondent.

No. 249. CONTINENTAL LAND CO. ET AL. v. UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. I. K. Lewis* for petitioners. *Solicitor General Reed* and *Mr. Charles E. Collett* for the United States.

No. 250. PREFERRED ACCIDENT INS. CO. v. MARSH. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.